In the Matter of the Arbitration between COMPAGNIE FRANCAISE DES PETROLES, Respondent, and PANTEPEC OIL COMPANY, C. A., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Botein and Bergan, JJ. [See 283 App. Div. 1051.]

CHASE NATIONAL BANK OF THE CITY OF NEW YORK v. ST. LAWRENCE TEXTILE CORPORATION; SIDNEY L. ALBERT et al., Doing Business as L. ALBERT & SON.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [See 283 App. Div. 1047.]

CHASE NATIONAL BANK OF THE CITY OF NEW YORK v. ST. LAWRENCE TEXTILE CORPORATION; SIDNEY L. ALBERT et al., Doing Business as L. ALBERT & SON. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [See 283 App. Div. 1047.]

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM COOPER.— Motion for reargument denied. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 283 App. Div. 933.]

CONE EXPORT & COMMISSION CO., INC., v. S. &. S. GARMENTS, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 283 App. Div. 932; *ante*, p. 802.]

In the Matter of 261 BROADWAY CORP., Appellant. A. MICHAEL KATZ et al., Respondents, et al., Tenants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [See 283 App. Div. 1046.]

In the Matter of the Arbitration between MANNY WERTHEIMER, Doing Business as HOUSE OF SANDMAN, Appellant, and JAMES TALCOTT, INC., Respondent.— Motion for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See 283 App. Div. 653.]

In the Matter of the Estate of NAJEEB KIAMIE, Deceased. FAREED KIAMIE, as Executor of NAJEEB KIAMIE, Deceased, Appellant; COLONIAL TRUST COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Bastow and Botein, JJ. [See 283 App. Div. 941.]

LOUIS F. ROTHSCHILD et al., Doing Business under the Name of L. F. ROTHSCHILD & Co. v. IDA CLAWANS et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ. [See 283 App. Div. 940.]